Matter of Rowe (2024 NY Slip Op 05747)

Matter of Rowe

2024 NY Slip Op 05747

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ. (Filed Oct. 7, 2024.)

&em;

[*1]MATTER OF RANDOLPH WILLIAM ROWE, A DISBARRED ATTORNEY, RESPONDENT.

MEMORANDUM AND ORDER
Order entered striking name from roll of attorneys pursuant to Judiciary Law § 90 (4) (b).